FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 09 2019

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3 - 19 - 0 0 0 0 2 |
| v. | ) | |
| TOORAJ SOHRABI SEDEH | ) | 18 U.S.C. § 912 |
| | ) | 18 U.S.C. § 1001(a)(2) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between on or about September 28, 2018, and on or about October 4, 2018, in the Middle District of Tennessee, **TOORAJ SOHRABI SEDEH** did knowingly falsely assume and pretend to be an officer or employee acting under the authority of the United States or any department, agency, or officer thereof, to wit: a deputy and officer of the United States Marshals Service, and in such assumed and pretended character did act as such.

In violation of Title 18, United States Code, Section 912.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about November 15, 2018, in the Middle District of Tennessee, **TOORAJ SOHRABI SEDEH** did knowingly falsely assume and pretend to be an officer or employee acting under the authority of the United States or any department, agency, or officer thereof, to wit: a deputy and officer of the United States Marshals Service, and in such assumed and pretended character did act as such.

In violation of Title 18, United States Code, Section 912.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about November 25, 2018, and on or about December 10, 2018, in the Middle District of Tennessee, **TOORAJ SOHRABI SEDEH** did knowingly falsely assume and pretend to be an officer or employee acting under the authority of the United States or any department, agency, or officer thereof, to wit: a deputy and officer of the United States Marshals Service, and in such assumed and pretended character did act as such.

In violation of Title 18, United States Code, Section 912.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about November 21, 2018, in the Middle District of Tennessee, **TOORAJ SOHRABI SEDEH** did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: providing false answers regarding his background, employment, and affiliation with the United States Marshals Service to a Deputy United States Marshal.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

CHRIS SUEDEKUM
ASSISTANT UNITED STATES ATTORNEY

2