# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| TOORAJ SOHRABI SEDEH | Case Number: 3:19-cr-00002 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eli Richardson | Christopher Suedekum | Mariah Wooten |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/13/2020 | Debbie Watson | Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/13/2020 | | | |
| X | | | | | **WIT:** Lauren Wisely |
| X | | | | | **WIT:** Barabara Hurst |
| | 1 | | | | Copy of Tennessee Sheriffs' Association 2020 Renewal Notice (filed in ECF by defense counsel) (Docket Number 40) |
| | 2 | | | | Circular white sticker with green and gold print of "Tennessee Sheriffs' Association" "2020" "State of Tennessee" "Agriculture Commerce" (filed in ECF by defense counsel) (Docket Number 40) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages